The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RONALD F. STRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCELITEC, INC., a Washington corporation,<br><br>    Defendant. | No. 2:13-cv-01092-RSL<br><br>STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 4, 2013** |

**STIPULATION**

Pursuant to Local Rule CR 10(g) and Fed. R. Civ. P. 15(a)(2), the parties hereby stipulate and consent in writing that Plaintiff Ronald F. Strich may file a First Amended Complaint. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit A**.

DATED this 4th day of December, 2013.

| | |
|---|---|
| By: s/Daniel J. Oates<br>Daniel J. Oates, WSBA #39334<br>Aimee K. Decker, WSBA #41797<br>GRAHAM & DUNN PC<br>Pier 70, 2801 Alaskan Way Ste 300<br>Seattle, WA  98121-1128<br>Tel:  (206) 340-9631 (Oates)<br>Fax:  (206) 340-9599<br>Email:  doates@grahamdunn.com<br>Email:  adecker@grahamdunn.com<br>*Attorneys for Plaintiff* | By: s/Kenneth L. Karlberg<br>Kenneth L. Karlberg, WSBA #18781<br>KARLBERG & ASSOCIATES, PLLC<br>909 Squalicum Way Ste 110<br>Bellingham, WA  98225<br>Tel:  (360) 325-7774<br>Email: ken@karlberglaw.com<br>*Attorney for Defendant* |

STIPULATION AND ORDER -- 1

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. 2:13-cv-01092-RSL
m43957-2077592.doc

**ORDER**

Based on the above Stipulation, and having considered the files and records herein and being fully advised, now therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Ronald F. Strich, is granted leave to file a First Amended Complaint in the form submitted as **Exhibit A** to the stipulation.

Dated this 6th day of December, 2013.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER -- 2

No. 2:13-cv-01092-RSL

m43957-2077592.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599