The Honorable Robert S. Lasnik

**13-CV-01092-APPL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD F. STRICH, | ) No. 2:13-cv-01092-RSL |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR PREJUDGMENT WRIT OF ATTACHMENT AND FOR CONDUCTING DEPOSITION DISCOVERY PAST THE DISCOVERY CUTOFF |
| vs. | |
| ACCELITEC, INC., a Washington corporation, | |
| Defendant. | ) NOTE ON MOTION CALENDAR: January 31, 2014 |

**STIPULATION**

In an effort to advance potential settlement negotiations between the parties, and to resolve their remaining disputes without further resort to the Court, the parties have agreed to certain conditions that require approval of the Court, and entry of an Order. Accordingly, pursuant to Local Rule CR 10(g), Fed. R. Civ. P. 29, and RCW 6.25 *et seq.*, the parties hereby stipulate and agree as follows:

1. Currently pending before the Court is Plaintiff Ronald F. Strich's ("<u>Strich</u>") Motion for Prejudgment Writ of Attachment. Mot., dkt. # 21. The parties and agree that in lieu of a decision by the Court on Strich's motion, Defendant Accelitec, Inc. ("<u>Accelitec</u>") consents to the issuance of a prejudgment writ of attachment in the amount of $1,240,876.71 on all of Accelitec's intangible personal property, and as set forth more particularly in the proposed Writ

STIPULATION AND ORDER -- 1

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No. 2:13-cv-01092-RSL
m43957-2077592.doc

of Attachment and Attachment Lien attached to this Stipulation as **Exhibit A**. Accelitec affirmatively waives any bond requirement of RCW 6.25.080(1).

2. The parties further stipulate and agree that Strich is entitled to conduct limited discovery into Accelitec's financial condition, as requested in Strich's motion, and as provided by RCW 6.25.170. Specifically, the parties agree that Accelitec will identify and designate a representative capable of testifying as to the company's assets and liabilities who shall appear for an examination into these matters by no later than February 21, 2014. Accelitec further agrees to produce, no later than five days prior to the agreed-upon date for the examination, the following documents relating to Accelitec's financial condition (for the period January 1, 2013 to the present):

    a. Monthly Cash Flow Statements;

    b. Income Statement;

    c. Balance Sheet;

    d. Accounts Receivable & Accounts Payable; and

    e. Documents evidencing the value of the company's secured and unsecured debts.[1]

3. The parties stipulate and agree that Strich's pending Motion for Prejudgment Writ of Attachment, dkt. # 21, may be stricken as moot.

4. The discovery cutoff in this case is February 2, 2014. Minute Order, dkt. # 15. The parties stipulate and agree that Accelitec may conduct a deposition of Strich after the discovery cutoff, as permitted by Fed. R. Civ. P. 29(b), but that in any event, said deposition must be completed by no later than February 21, 2014.

---

[1] With respect to this last category of documents, the parties stipulate and agree that Accelitec may insert placeholders for the names of the individuals and entities currently holding Accelitec debt in order to protect their privacy.

STIPULATION AND ORDER -- 2

No. 2:13-cv-01092-RSL

m43957-2077592.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

5. The parties agree that no changes to the current case schedule are being requested except as expressly set forth in this Stipulation.

6. Finally, Strich's Motion for Summary Judgment is also currently pending before the Court, with a noting date of February 2, 2014. Mot., dkt. # 32; Notice, dkt. # 35. The parties stipulate and agree that the Motion for Summary Judgment shall be renoted for consideration by the Court to February 28, 2014.

DATED this 31st day of January, 2014.

By: s/Daniel J. Oates
Daniel J. Oates, WSBA #39334
Aimee K. Decker, WSBA #41797
GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA 98121-1128
Tel: (206) 340-9631 (Oates)
Fax: (206) 340-9599
Email: doates@grahamdunn.com
Email: adecker@grahamdunn.com
*Attorneys for Plaintiff*

By: s/Kenneth L. Karlberg
Kenneth L. Karlberg, WSBA #18781
KARLBERG & ASSOCIATES, PLLC
909 Squalicum Way Ste 110
Bellingham, WA 98225
Tel: (360) 325-7774
Email: ken@karlberglaw.com
*Attorney for Defendant*

STIPULATION AND ORDER -- 3

No. 2:13-cv-01092-RSL

m43957-2077592.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**ORDER**

Based on the above Stipulation, and having considered the files and records herein and being fully advised, now therefore, the Court HEREBY ORDERS as follows:

1. The Court DIRECTS the clerk to issue a Prejudgment Writ of Attachment in favor of Strich and against Accelitec in the amount of $1,240,876.71 on all of Accelitec's intangible personal property, consistent with the form attached hereto as **Exhibit A**.

2. The levy of attachment and perfection of the security interest in Accelitec's intangible personal property shall be effected in the manner provided for by RCW 6.17.160(7), and as described more particularly in the Writ of Attachment and Attachment Lien. RCW 6.25.140; Ex. A.

3. Pursuant to RCW 6.25.170, Accelitec will identify and designate a representative capable of testifying as to the company's assets and liabilities who will appear for an examination into these matters by no later than February 21, 2014. In addition, Accelitec will produce, no later than five days prior to the agreed-upon date for the examination, the following documents relating to Accelitec's financial condition (for the period January 1, 2013 to the present):

   a. Monthly Cash Flow Statements;
   b. Income Statement;
   c. Balance Sheet;
   d. Accounts Receiveable & Accounts Payable; and
   e. Documents evidencing the value of the company's secured and unsecured debts, subject to the confidentiality protections set forth in the Stipulation.

4. The Court STRIKES as moot Strich's pending Motion for Prejudgment Writ of Attachment, dkt. # 21.

STIPULATION AND ORDER -- 4

No. 2:13-cv-01092-RSL
m43957-2077592.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

5. Pursuant to Fed. R. Civ. P. 29(b), Accelitec may conduct a deposition of Strich after the February 2, 2014 discovery cutoff, but in any event, said deposition must be completed by no later than February 21, 2014.

6. The Court renotes Strich's pending Motion for Summary Judgment, dkt. # 32, to February 28, 2014.

**IT IS SO ORDERED.**

DATED: Feb. 3, 2014

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER -- 5

No. 2:13-cv-01092-RSL
m43957-2077592.doc

**GRAHAM & DUNN** pc
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599