United States District Court
WESTERN DISTRICT OF WASHINGTON

RONALD F. STRICH,

        v.

ACCELITEC, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C13-1092RSL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is entitled to judgment on the First Cause of Action in the amount of $1,000,000 in unpaid principal, $240,876.71 in unpaid interest as of June 22, 2013, and prejudgment interest. Plaintiff is entitled to judgment on the Second Cause of Action in the principal amount of $348,000 and interest of $83,596.27 through November 30, 2013, plus prejudgment interest at the contractual rate of 8%.

May 13, 2014

William M. McCool
Clerk

/s/Rhonda Stiles
By, Deputy Clerk